UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR, | : | CIVIL ACTION NO. 303 CV 0614 (AWT) |
| plaintiffs, | : | |
| v. | : | |
| SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC. | : | |
| | : | OCTOBER 28, 2003 |
| defendants. | : | |

**DEFENDANT SILVERTON MARINE CORPORATION'S
LIST OF EXHIBITS AND WITNESSES FOR PREJUDGMENT REMEDY HEARING**

| EXHIBIT # | DESCRIPTION | AGREED TO BY ALL PARTIES |
|---|---|---|
| 500A | Silverton Limited Warranty | X |
| 500B | Dealer Agreement between Silverton and Petzold (2002) | X |
| 500C | Dealer Agreement between Silverton and Petzold (2001) | X |
| 500D | Dealer Agreement between Silverton and Petzold (2000) | X |
| 500E | Manufacturer's Statement of Origin | X |
| 500F | Handwritten Note from Dan Doka Listing Parts for Rick Sweeten | |
| 500G | Silverton Warranty Registration listing Edward I. and Nichola B. Winokur as owners of the Yacht | X |
| 500H | Warranty Claim Form, April 9, 2002 | X |
| 500I | Warranty Claim Form, May 6, 2002 | X |

| 500J | Warranty Claim Form, June 3, 2002 | X |
|---|---|---|
| 500K | Warranty Claim Form, June 27, 2002 | X |
| 500L | Insurance/Appraisal Survey of the Yacht "Scheherazade", prepared by Johnson Marine Services | X |
| 500M | Services Invoice, Line Six Services, September 5, 2002. | |
| 500N | Customer Satisfaction Survey #1 | X |
| 500O | Repair Estimate, Cedar Island Marina, January 22, 2003 | X |
| 500P | March 21, 2003 Letter from Attorney Finn to Rich Karrasch at Silverton | X |
| 500Q | March 27, 2003 Letter from Attorney J. Peter Sokol to Attorney Finn | X |
| 500R | Cedar Island Invoices & Receipts for Hull Repairs, May 9, 2003 | X |
| 500S | "Scheherazade" Ship's Log | X |
| 500T | Winokur Credit Card Statement, May 2002 | X |
| 500U | Winokur Credit Card Statement, August 2002 | X |
| 500V | Winokur Credit Card Statement, November 2002 | X |
| 500W | April 15, 2003 Letter from Cedar Island Marina to Dr. Winokur | X |
| 500X | Winokur Credit Card Receipt from Cedar Island Marina, "Dockage", April 28, 2003 | X |
| 500Y | April 10, 2003 Tri-City Appliance Letter and Invoice re. Repair to Refrigerator on Vessel | X |
| 500Z | National Marine Manufacturers Association Yacht Certification Program | X |

**SILVERTON'S WITNESSES**
The following is a list of witness that Silverton expects to call at the PJR Attachment hearing and the matters upon which each witness will testify:

1. Kevin Zebrowski (Silverton Warranty Manager). Mr Zebrowski will testify on the following subjects: Silverton's warranty policies, its role in selling the Yacht to Petzold, its involvement in the warranty repairs to the Yacht, the technical aspects of Silverton's hull design, hull repair, and Silverton's status as a nationally-recognized seller of yachts.

2. Dr. Edward Winokur. Dr. Winokur will testify regarding his knowledge of the Yacht's alleged defects, repairs made to the yacht, and his use of the boat during the 2002 and 2003 boating season.

3. Bill Gross (Mid Atlantic Marine Consulting, LLC). Mr. Gross will give expert testimony regarding: the overall condition of the Yacht, the Yacht's value, the defects alleged by Plaintiffs, and the expert testimony and reports submitted by Plaintiffs.

THE DEFENDANT,
SILVERTON MARINE CORPORATION


By: _____
Ben A. Solnit
Fed. Bar No. ct 00292
Matthew A. Sokol
Fed. Bar No. ct21268
Elizabeth L. Leamon
Fed. Bar No. ct25282
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06518
(203) 784-8200
(203) 789-8069 - facsimile
sokol@tylercooper.com

-Its attorneys-

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent via facsimile and mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 28th day of October, 2003:

Thomas J. Finn, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Richard D. Carella, Esq.
Carella & Moore
300 Plaza Middlesex
203 Main Street
Middletown, CT 06457

                                              Elizabeth L. Leamon ct25282