CTcvmhrg (January 10, 2002)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**   RPTR/ERO/TAPE **S. Bowles**

TOTAL TIME: **5** hours **37** minutes

DATE **10/29/03**   START TIME **10:22 a.m.**   END TIME **5:05 p.m.**
LUNCH RECESS FROM **1:03 p.m.** TO **2:07 p.m.**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Winokur**

CIVIL NO. **3:03CV614 (AWT)**

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL — Plaintiffs Counsel

**Silverton Marine**

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☐ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☑ (mischrg.) Miscellaneous Hearing **(Prejudgment Remedy hrg.)**

MOTION DOCUMENT NO.

| | Motion | granted | denied | advisement |
|---|---|---|---|---|
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ # | Motion | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☑ **Plaintiff's Amended List of Witnesses and Exhibits**  ☑ filed  ☐ docketed

☑ **PJR** Hearing continued until **December 17, 2003** at **10:00 a.m.**