FILED

2003 OCT 29 A 9: 34

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR, | : | CIVIL ACTION NO.<br>303 CV 0614 (AWT) |
| Plaintiffs, | : | |
| V. | : | |
| SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC., | : | |
| Defendants. | : | OCTOBER 29, 2003 |

### PLAINTIFFS' AMENDED LIST OF WITNESSESS AND EXHIBITS

Pursuant to the Court's Superseding Scheduling Order, dated September 11, 2003, the plaintiffs, Edward Winokur and Nichola Winokur (collectively "Plaintiffs" or "Winokurs"), respectfully submit the following list of witnesses and exhibits they anticipate presenting at the hearing on their application for prejudgment remedy to be held on October 29, 2003.

### I.   Witnesses

The following individuals will testify on behalf of the Plaintiffs at the hearing:

1.   Edward Winokur, M.D.

Dr. Winokur is expected to testify regarding all the facts related to the above-captioned matter, as previously set forth in part, in his Affidavit in support of Plaintiffs'

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Application for Prejudgment Remedy, dated August 7, 2003, and the Memorandum of Law In Support of Plaintiffs' Application for Prejudgment Remedy Against Defendants Silverton Marine Corporation and William J. Petzold, Inc., and In Support of Motion for Disclosure of Assets, dated August 8, 2003. These facts include the following: the circumstances and representations surrounding the Winokurs' purchase of the 2000 453 Motor Yacht at issue in the above-captioned matter (hereinafter, the yacht purchased by the Winokurs will be referred to as the "Yacht"); the warranties provided by the defendants Silverton Marine Corporation ("Silverton") and William J. Petzold, Inc., ("Petzold's") (collectively referred to as "Defendants"); the defective nature of the Yacht; the Winokurs' communications with Defendants regarding the numerous defects in the Yacht; Defendants' inaction and failure to cure the defects; and substantial diminution of value of the Yacht and loss to the Winokurs.

2.  Rick Foster, AMS

Mr. Foster is expected to testify regarding the following: his general background and knowledge of vessels; the matters set forth in his Report of Inspection, dated May 5, 2003 (see infra Exhibit 25); his opinion regarding the defective nature of the yacht; and the substantial impairment of the Yacht's value.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## II.     Exhibits

The Plaintiffs anticipate introducing the following exhibits at the hearing:

Exhibit 1:     Sales Agreement

Written agreement, dated November 28, 2001, for the sale of the yacht to the Winokurs, including the Bill of Sale, dated November 28, 2001, and Addendum reducing the purchase price of the Yacht by $9,000.00.

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 2:     Written Warranty Information

Silverton's written warranty information provided to the Winokurs in connection with their purchase of the Yacht.

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 3:     Pre-Delivery Service Record

Silverton's "Pre-Delivery Service Record" form filled out by Petzold's which is to be completed prior to delivery of the Yacht to the Winokurs.

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 4:     2/22/02 Email from Winokur to Karrasch

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dr. Winokur informs Rich Karrasch ("Karrasch") of Silverton that there are "alot of unresolved problems on the 453" which Petzold's has not remedied.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 5:   4/4/02 Email from Karrasch to Winokur

Karrasch indicates that Petzold's will "go over" the Yacht with the Winokurs and answer any questions as Petzold's has prepared other 453's in the past.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 6:   4/22/02 Email from Winokur to Karrasch

Hot water is not attainable from dockside water.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 7:   2/23/02 Email from Winokur to Karrasch

Remedy suggested by Silverton regarding lack of hot water was not successful.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 8:   4/25/02 Email from Karrasch to Winokur

Silverton will inform Petzold's of the problem with the water lines as "[s]omething doesn't sound right."

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 9:    4/29/02 Email from Karrasch to Winokur

The problem with the water lines remains unresolved, and problem is referred to the warranty service representative for Petzold's.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 10:    5/23/02 Email from Winokur to Karrasch

Dr. Winokur informs Silverton that he considers the Yacht unseaworthy because of the myriad of problems with the Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 11:    Boat Repair List (undated)

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 12:    Boat Repair List, dated 7/15/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 13:    Boat Repair List, dated 7/26/02

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 14:   Boat Repair List, dated 8/7/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 15:   Boat Repair List, dated 8/27/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 16:   Boat Repair List, dated 9/1/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 17:   Boat Repair List, dated 9/1/02 (with handwriting)

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 18:   Boat Repair List, dated 9/15/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Exhibit 19:    Boat Repair List, dated 11/9/02

    List of defects present in the Yacht provided to Defendants.

    The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 20:    11/11/02 Email from Winokur to Zebrowski, cc to Karrasch

    Dr. Winokur informs Silverton that it is impossible to access and service the batteries.

    The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 21:    Insurance/Appraisal Survey of the Yacht "Scheherazade," dated 11/14/02

    Insurance appraisal of the Yacht performed by Captain Ken Johnson.

    The parties have agreed to the admittance of this Exhibit into evidence.


Exhibit 22:    Boat Repair List, dated 1/21/03

    List of defects present in the Yacht provided to Defendants.

    The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 23:    Repair Estimate, dated 1/22/03

    Repair estimate from Cedar Island Marina describing repair work required on the Yacht.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 24:    Silverton Customer Satisfaction Survey, date 2/2/03

Customer Satisfaction Survey completed by Dr. Winokur setting forth his dissatisfaction with the Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 25:    Invoice, dated 5/9/03

Invoice for repairs to Yacht from Cedar Island Marina.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 26:    Report of Inspection, dated 5/5/03

Report made by Rick Foster, AMS, setting forth the results of his inspection of the Yacht.

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 27:    Marine Industry Resume of Bruce Pfund

Resume of Bruce Pfund ("Pfund"), setting forth Pfund's qualifications.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 28:    Vessel Inspection Report, dated 7/14/03

Report made by Pfund, setting forth the results of his inspection of the Yacht.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 29:    Proposed Sales Agreement for Replacement Yacht

Written agreement proposed by Petzold's for a replacement to the Winokurs.

The parties have agreed to the admittance of this Exhibit into evidence.

Exhibit 30:    Posted Sales Listings for Yacht

Listings for the attempted sale of the Yacht posted on www.boatworld.com and www.yachtworld.com, including Standard Yacht Listing Form and Open Listing Agreement (unsigned) between seller and broker.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 31:    Captain Chris Kelly, *Silverton 453 Boat Test Report*

Literature regarding Silverton's Model 453 Motor Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 32:    Ellyce Rothrock, *Silver Anniversary*

Literature regarding Silverton's Model 453 Motor Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 33:    Tom Tompson, *Use of Space*

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Literature regarding Silverton's Model 453 Motor Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 34:   Stuart Reininger, *Boating Close to Home*

Literature regarding Silverton's Model 453 Motor Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 35:   License, dated 1/2/02

License granted to Dr. Winokur for completion of the U.S. Coast Guard approved curriculum for Operator of Uninspected Passenger Vessels.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 36:   License, dated 2/14/02

License from the U.S. Coast Guard certifying Dr. Winokur may serve a U.S. Merchant Marine Officer as Operator of Uninspected Passenger Vessels.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 37:   License, dated 1/30/03

License granted to Dr. Winokur for completion of the U.S. Coast Guard approved curriculum for Master.

The parties have not agreed to the admittance of this Exhibit into evidence.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Exhibit 38:   License, dated 4/11/03

License from the U.S. Coast Guard certifying Dr. Winokur may serve a U.S. Merchant Marine Officer as Master.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 39:   Boat Repair List, dated 6/21/03

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 40:   2/19/02 Email from Winokur to Karrasch

Regarding purchase of a new Silverton 453

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 41:   Boat Repair List, Faxed on 4/17/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

Exhibit 42:   Boat Repair List, Undated

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Exhibit 43:    Boat Repair List, 5/29/02

List of defects present in the Yacht provided to Defendants.

The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 44:    Fax to the Factory, dated 8/30/02

Odor is getting stronger and effecting use of boat.

The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 45:    Silverton Production Orders

Preparing Yacht for use at boat show.

The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 46:    Silverton Inspection Check Off List

Inspection notes regarding the Yacht.

The parties have not agreed to the admittance of this Exhibit into evidence.


Exhibit 47:    Silverton Brochure, 2000

Brochure regarding Silverton's 2000 product line.

The parties have not agreed to the admittance of this Exhibit into evidence.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Plaintiffs respectfully reserve the right to amend or supplement the foregoing disclosure prior to the hearing as additional witnesses and/or documents are identified. Plaintiffs also reserve the right to call any other witnesses of Defendants or under the control of Defendants that may have knowledge of the facts or issues related to this matter.

Dated: October 29, 2003
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,
EDWARD WINOKUR AND
NICHOLA WINOKUR

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

- 13 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on October 29, 2003, a copy of the foregoing was hand-delivered to:

Ben A. Solnit, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Attorney for Defendant, Silverton

Richard D. Carella, Esq.
Law Offices of Richard D. Carella
300 Plaza Middlesex
Middletown, Connecticut 06457
Attorney for Defendant, Petzold's

/Thomas J. Finn

479716

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105