

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

F I L E D

EDWARD WINOKUR, ET AL.,          :
         Plaintiffs,             :          2003 NOV -5  P 3: 26
                                 :
v.                               :  CASE NO.  3:03CV614 (AWT)
                                 :               US DISTRICT COURT
SILVERTON MARINE CORPORATION,    :                  HARTFORD CT
ET AL.,                          :
         Defendants.             :

REFERRAL TO MAGISTRATE JUDGE

   This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___  A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

_X_  A settlement conference (orefmisc./cnf)

___  A conference to discuss the following: (orefmisc./cnf) _____

___  Other: (orefmisc./misc) _____

   SO ORDERED this 5th day of November, 2003 at Hartford, Connecticut.

                                    _____
                                    UNITED STATES DISTRICT JUDGE