UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 26, 2003

10:00 a.m.

*Held 4 hours.*

CASE NO. **3:03cv614 (AWT)**    **Winokur, et al v Silverton Marine Corp., et al.**

Richard D. Carella
Law Offices of Richard D. Carella
300 Plaza Middlesex
203 Main Street
Middletown, CT 06457


Paula Cruz Cedillo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Thomas J. Finn
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Matthew A. Sokol
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK