FILED

2003 DEC 16  P 3: 39

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR, | CIVIL ACTION NO.<br>303 CV 0614 (AWT) |
| Plaintiffs, | |
| V. | |
| SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC., | |
| Defendants. | DECEMBER 16, 2003 |

### MOTION FOR CONTINUANCE OF HEARING FOR
### APPLICATION FOR PREJUDGMENT REMEDY ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Edward Winokur and Nichola Winokur (collectively "Winokurs"), respectfully request a continuance of the second day of hearings on the Application for Prejudgment Remedy filed by the Winokurs in the above-captioned matter, which was originally scheduled for December 17, 2003, before the Honorable Donna F. Martinez, United States Magistrate Judge. The Winokurs request that the hearing be rescheduled for Friday, February 27, 2004.

The Winokurs submit that there is good cause for granting a continuance of the hearing as the parties have nearly reached a tentative resolution of the above-captioned matter. The parties participated in a settlement conference before the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Honorable William I. Garfinkel, United States Magistrate Judge, on November 26, 2003. As a result of lengthy settlement discussions, the parties are close to settling the matter in its entirety and thus would no longer require a second day of hearings. The parties continue to actively engage in good faith settlement negotiations. However, the Winokurs make the instant motion so as not to be prejudiced from continuing to seek a prejudgment remedy against the defendants, Silverton Marine Corporation and William J. Petzold, Inc. (collectively "Defendants"), in the unlikely event that a final settlement is not reached. Accordingly, the Winokurs request that the hearing date be continued until February 27, 2003, at 10:00.

This is the Winokurs' first request for a continuance of the hearing on the application for the prejudgment remedy. Counsel for Defendants have consented to a continuance.

WHERFORE, the plaintiffs, Edward Winokur and Nichola Winokur, respectfully request that the Court grant a continuance of the second day of hearings on the application for prejudgment remedy, scheduled for December 17, 2003.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: December 16, 2003
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,
EDWARD WINOKUR AND
NICHOLA WINOKUR

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on December 16, 2003, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

Ben A. Solnit, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Attorney for Defendant, Silverton

Richard D. Carella, Esq.
Law Offices of Richard D. Carella
300 Plaza Middlesex
Middletown, Connecticut 06457
Attorney for Defendant, Petzolds

Thomas J. Finn

490845

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105