UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status/Settlement Conference Calendar
(\* PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL)

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 11, 2003
4:00 p.m.

Held - 1 hour.

CASE NO.   **3:03cv614 (AWT) Winokur v Silverton Marine Corp.**

Richard D. Carella
Law Offices of Richard D. Carella
300 Plaza Middlesex
203 Main Street
Middletown, CT 06457


Paula Cruz Cedillo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Thomas J. Finn
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Matthew A. Sokol
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK