FILED

2003 DEC 16 P 3:39

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR, | : | CIVIL ACTION NO.<br>303 CV 0614 (AWT) |
| Plaintiffs, | : | |
| V. | : | |
| SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC., | : | |
| Defendants. | : | DECEMBER 16, 2003 |

**MOTION FOR CONTINUANCE OF HEARING FOR**
**APPLICATION FOR PREJUDGMENT REMEDY ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Edward Winokur and Nichola Winokur (collectively "Winokurs"), respectfully request a continuance of the second day of hearings on the Application for Prejudgment Remedy filed by the Winokurs in the above-captioned matter, which was originally scheduled for December 17, 2003, before the Honorable Donna F. Martinez, United States Magistrate Judge. The Winokurs request that the hearing be rescheduled for Friday, February 27, 2004.

The Winokurs submit that there is good cause for granting a continuance of the hearing as the parties have nearly reached a tentative resolution of the above-captioned matter. The parties participated in a settlement conference before the

GRANTED. The hearing shall resume on 2/27/03 at 10:00 a.m. SO ORDERED.

Donna F. Martinez, U.S.M.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105