**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
EDWARD WINOKUR and NICHOLA      :
WINOKUR,                        :
                                :
         Plaintiffs,            :
v.                              :    Civ No. 3:03CV00614(AWT)
                                :
SILVERTON MARINE CORPORATION    :
and WILLIAM J. PETZOLD, INC.,   :
                                :
         Defendants.            :
-------------------------------x
```

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____    All purposes except trial, unless the parties consent
          to trial before the Magistrate Judge (orefcs.)

_____     A ruling on all pretrial motions, except dispositive
           motions (orefmisc./dscv)

_____    To supervise discovery and resolve discovery disputes
          (orefmisc./dscv)

__X__    A ruling on the following motion(s), which is/are
         currently pending:(orefm.)
         • Doc.# <u>35 Motion for Continuance of Hearing for
                 Application for Prejudgment Remedy on Consent</u>

_____    A settlement conference (orefmisc./cnf)

_____    A conference to discuss the following:  (orefmisc./cnf)
          _____

_____    Other:  (orefmisc./misc)_____

SO ORDERED this 19th day of December, 2003, at Hartford, Connecticut.

                              _____/s/_____
                                   Alvin W. Thompson
                              United States District Judge