*03cv614 sett*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 22, 2004

2:30 p.m.

*Held*

*5 hours*

---

CASE NO. **3:03cv614 (AWT)    Winokur, et al vs. Silverton Marine, et al**

Richard D. Carella
Law Offices of Richard D. Carella
300 Plaza Middlesex
203 Main Street
Middletown, CT 06457

Paula Cruz Cedillo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Thomas J. Finn
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Matthew A. Sokol
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

* PREVIOUSLY ISSUED SETTLEMENT ORDER REMAINS IN EFFECT.

    THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK