UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WINOKUR and | : | CIVIL ACTION NO. |
| NICHOLA WINOKUR, | : | 303 CV 0614 (AWT) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| | : | |
| SILVERTON MARINE CORPORATION | : | |
| and WILLIAM J. PETZOLD, INC., | : | |
| | : | |
| Defendants. | : | APRIL 2, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Edward Winokur and Nichola Winokur (collectively "Winokurs"), respectfully request an extension of time of the deadline in which to file closing papers as set forth in the Notice to Counsel Pursuant to Local Rule 41(b), dated March 3, 2004. The Winokurs request that the time for filing closing papers be extended to June 15, 2004.

The Winokurs submit that there is good cause for granting an extension of time to file closing papers. The parties have reached a settlement of the above-captioned matter and have agreed to and finalized the terms and provisions of a settlement agreement. The parties' settlement agreement has already been executed by the Winokurs and is currently being circulated to the defendants, Silverton Marine

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Corporation and William J. Petzold, Inc. (collectively "Defendants"), for their respective signatures.  However, the terms of the parties' settlement are such that final resolution of the matter can only be realized upon the satisfaction of certain contingencies which are to occur in June 2004.  Thus, the Winokurs make the instant motion so as not to be prejudiced and have the matter dismissed in the unlikely event that these conditions to final settlement are not met.  Accordingly, the Winokurs request that they be allowed additional time to file closing papers, during which time there will be no activity in the above-captioned litigation.

This is the Winokurs' first request for an extension with regards to this matter. Counsel for Defendants have consented to the extension.

WHERFORE, the plaintiffs, Edward Winokur and Nichola Winokur, respectfully request that the Court grant an extension of the time for filing closing papers to June 15, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

| | |
|---|---|
| Dated: April 2, 2004<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE PLAINTIFFS,<br>EDWARD WINOKUR AND<br>NICHOLA WINOKUR<br><br><br>By:_____<br>   Thomas J. Finn<br>   Federal Bar No.: ct 20929<br>   Paula Cruz Cedillo<br>   Federal Bar No.: ct 23485<br>   HALLORAN & SAGE LLP<br>   One Goodwin Square<br>   225 Asylum Street<br>   Hartford, Connecticut 06103<br>   (860) 522-6103 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

      This is to certify that on April 2, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Ben A. Solnit, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Attorney for Defendant, Silverton

Richard D. Carella, Esq.
Law Offices of Richard D. Carella
300 Plaza Middlesex
Middletown, Connecticut 06457
Attorney for Defendant, Petzolds

                                       _____
                                         Thomas J. Finn

534015

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105