H1

FILED

2004 APR -2 A 11: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR, | : | CIVIL ACTION NO.<br>303 CV 0614 (AWT) |
| Plaintiffs, | : | |
| V. | : | |
| SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC., | : | |
| Defendants. | : | APRIL 2, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiffs, Edward Winokur and Nichola Winokur (collectively "Winokurs"), respectfully request an extension of time of the deadline in which to file closing papers as set forth in the Notice to Counsel Pursuant to Local Rule 41(b), dated March 3, 2004. The Winokurs request that the time for filing closing papers be extended to June 15, 2004.

The Winokurs submit that there is good cause for granting an extension of time to file closing papers. The parties have reached a settlement of the above-captioned matter and have agreed to and finalized the terms and provisions of a settlement agreement. The parties' settlement agreement has already been executed by the Winokurs and is currently being circulated to the defendants, Silverton Marine

*Extension GRANTED, to and including June 15, 2004. It is so ordered.*
*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 4/9/04*

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105