UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD WINOKUR and<br>NICHOLA WINOKUR,<br><br>    Plaintiffs,<br><br>V.<br><br>SILVERTON MARINE CORPORATION<br>and WILLIAM J. PETZOLD, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>303 CV 0614 (AWT)<br><br><br><br><br><br><br><br><br>JUNE 18, 2004 |

### STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Edward Winokur and Nichola Winokur, and the defendants, Silverton Marine Corporation and William J. Petzold, Inc. (collectively defined as the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. The Parties further stipulate that the terms of the Settlement Agreement, dated March 29, 2004, are incorporated herein by reference and expressly made part of the dismissal of this action.

| | |
|---|---|
| Dated: June 21, 2004<br>Hartford, Connecticut | THE PLAINTIFFS,<br>EDWARD WINOKUR AND<br>NICHOLA WINOKUR<br><br>By: /s/ Thomas J. Finn<br>Thomas J. Finn<br>Federal Bar No.: ct 20929<br>Paula Cruz Cedillo<br>Federal Bar No.: ct 23485<br>HALLORAN & SAGE LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, Connecticut 06103 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: June 21, 2004

THE DEFENDANT,
SILVERTON MARINE CORPORATION

By: _____
Matthew A. Sokol, Esq.
Federal Bar No.: ct 21268
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509

-3-

HALLORAN

One Goodwin Square                                    Phone (860) 522-6103

Dated: June 21, 2004

THE DEFENDANT,
WILLIAM J. PETZOLD, INC.

By: _____
Richard D. Carella, Esq.
Federal Bar No.: ct 10876
Law Offices of Richard D. Carella
300 Plaza Middlesex
Middletown, Connecticut 06457

562478

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105