

FILED

2004 JUL -1  A 11: 35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD WINOKUR and : CIVIL ACTION NO.
NICHOLA WINOKUR, : 303 CV 0614 (AWT)
:
Plaintiffs, :
:
V. :
:
:
SILVERTON MARINE CORPORATION :
and WILLIAM J. PETZOLD, INC., :
:
Defendants. : JUNE 18, 2004

### STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Edward Winokur and Nichola Winokur, and the defendants, Silverton Marine Corporation and William J. Petzold, Inc. (collectively defined as the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. The Parties further stipulate that the terms of the Settlement Agreement, dated March 29, 2004, are incorporated herein by reference and expressly made part of the dismissal of this action.

FILED 2004 JUL -2 P 4:52 U.S. DISTRICT COURT HARTFORD, CT

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    7 / 2 / 04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105