UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED

2006 APR 27  A  VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

April 13, 2006

Elizabeth L. Leamon, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509

Re: Winoker v. Silverton Marine
    Case No. 3:03CV614 (AWT)

Dear Attorney Leamon:

The above-captioned case having been disposed of in this court, I am returning the defendants' exhibits to you at this time. These exhibits were submitted to the court at a prejudgment remedy hearing on October 29, 2003.

Kindly acknowledge receipt of same on the original of this letter and return it to this office.

Thank you.

Sincerely,

KEVIN F. ROWE, Clerk

By: *Sandy Smith*
    Sandy Smith
    Deputy Clerk

Enclosures

Received by: *Elizabeth L. Leamon/mjd*
Date: 4-26-06