UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103
August 17, 2007

Paula C. Cedillo, Esq.
McCarter & English
CityPlace I
185 Asylum St., 36th Floor
Hartford, CT 06103-3495

Dear P. Cedillo, Esq :

    RE: Case No: 3:03CV614 (AWT)
    Winokur v. Silverton

As this case has been disposed of in this court:
    (XX) Enclosed are the following Plaintiff's Exhibits:
    2 thru30, 36-41, 42, 44-47

Please acknowledge receipt of the documents on the copy of this letter and return to the Hartford Clerk's Office.

Thank you for your cooperation.

    Sincerely,
    KEVIN F. ROWE, CLERK

    /s/
    Robert Wood
    Deputy Clerk


Enclosure (S):

ACKNOWLEDGMENT: _Paula Cedillo_

DATE: _10/9/07_